COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS



| | § | |
|---|---|---|
| IN RE | § | No. 08-18-00104-CV |
| JACQUELINE DeWEES, | § | An Original Proceeding |
| INDEPENDENT EXECUTRIX OF | § | |
| THE ESTATE OF BLANCA S. | | in Mandamus |
| ROHLING, | § | |
| RELATOR. | § | |

**J U D G M E N T**

The Court has considered this cause on the Relator's petition for writ of mandamus against the Honorable Eduardo Gamboa, Judge of the Probate Court No. 2 of El Paso County, Texas, and concludes that Relator's petition for writ of mandamus should be denied. We therefore deny the petition for writ of mandamus, in accordance with the opinion of this Court.

IT IS SO ORDERED THIS 22ND DAY OF JUNE, 2018.

YVONNE T. RODRIGUEZ, Justice

Before McClure, C.J., Rodriguez, and Palafox, JJ.